IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mason, George A  
Mason, Roberta LJ  
Printed: 11/18/08

Case Number: 08 B 15049  
Judge: Wedoff, Eugene R  
Filed: 6/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 2, 2008  
Confirmed: August 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 737.50 |  |
| Secured: |  | 40.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 649.18 |
| Trustee Fee: |  | 48.32 |
| Other Funds: |  | 0.00 |
| Totals: | 737.50 | 737.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,511.50 | 649.18 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 4. | Payday Loan | Secured | 380.00 | 20.00 |
| 5. | City Of Chicago | Secured | 560.00 | 20.00 |
| 6. | Midfirst Bank | Secured | 4,643.30 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 4,863.01 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 85.10 | 0.00 |
| 9. | ER Solutions | Unsecured | 1,212.16 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 5,357.41 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 1,560.00 | 0.00 |
| 12. | Credit Union One | Unsecured | 642.23 | 0.00 |
| 13. | City Of Chicago | Unsecured | 0.92 | 0.00 |
| 14. | Educational Credit Management Corp | Unsecured | 6,459.36 | 0.00 |
| 15. | Bank Of America | Unsecured | 604.07 | 0.00 |
| 16. | Monterey Collection Service | Unsecured | 324.64 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 430.99 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 886.56 | 0.00 |
| 19. | PRA Receivables Management | Unsecured | 838.78 | 0.00 |
| 20. | Aspen | Unsecured |  | No Claim Filed |
| 21. | CMI | Unsecured |  | No Claim Filed |
| 22. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 23. | Continental Finance | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Allen Lewis & Associates | Unsecured |  | No Claim Filed |
| 26. | Imagine | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mason, George A | Case Number: 08 B 15049 |
|---|---|---|
| | Mason, Roberta LJ | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 6/12/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Eucore Receivables Management | Unsecured | | No Claim Filed |
| 28. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 29. | Marauder Corporation | Unsecured | | No Claim Filed |
| 30. | Salute Visa | Unsecured | | No Claim Filed |
| 31. | West Asset Management | Unsecured | | No Claim Filed |
| 32. | Monterey Collection Service | Unsecured | | No Claim Filed |
| 33. | Rewards 660 | Unsecured | | No Claim Filed |
| 34. | Riscuity | Unsecured | | No Claim Filed |
| 35. | USA Payday Loans | Unsecured | | No Claim Filed |
| 36. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 37. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | $ 32,360.03 | $ 689.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.98 |
| 6.6% | 25.34 |
| | $ 48.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

